FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
DONALD J. MAGILLIGAN (SBN 257714)
dmagilligan@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
Fax: (415) 436-6748
Email: wes.samples@usdoj.gov

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LOPEZ, individually and as heir to ANTONIO RAMOS, deceased; RED RYDER RAMOS, individually and as heir to ANTONIO RAMOS, deceased; and TERESA LOPEZ and RED RYDER RAMOS, as co-representatives of the ESTATE OF ANTONIO RAMOS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | CASE NO.: 17-cv-04386-TSH <br><br> **JOINT STATUS REPORT** <br><br> Judge: Hon. Thomas S. Hixon <br> Courtroom: G <br> Location: 450 Golden Gate Ave., 15th Fl. San Francisco, CA 94102 |

# JOINT STATUS REPORT

Plaintiffs Teresa Lopez and Red Ryder Ramos, individually and as heirs to ANTONIO RAMOS and co-representatives of the Estate of Antonio Ramos ("Plaintiffs"), and United States of America ("Defendant") hereby submit this joint status report:

On February 6, 2020, this Court stayed these proceedings pending the outcome of Plaintiffs' appeal in *James Steinle, et al. v. United States of America*, No. 16-cv-02859-JCS. Dkt. 55. The parties were ordered to submit a status report within 30 days of the final disposition of the appeal. *Ibid*.

There has not been a final disposition of the *Steinle* appeal. On October 8, 2021, Cotchett, Pitre, & McCarthy, who represents Plaintiffs in this action and the *Steinle* plaintiffs, filed a petition for panel rehearing and rehearing en banc pursuant to Fed. R. App. Proc. 35. *See Steinle v. United States*, 20-15419 at Dkt. 50.

The parties will submit a status report to this Court within 30 days of the final disposition of that petition to comply with this Court's February 6, 2020 order.

Dated:  October 14, 2021                    **COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Donald J. Magilligan*
**DONALD J. MAGILLIGAN**
*Attorneys for Plaintiffs*

Dated:  October 14, 2021                    **UNITED STATES OF AMERICA**

*/s/ J. Wesley Samples*
**J. WESLEY SAMPLES**
*Assistant United States Attorney*
*Attorneys for Defendant United States of America*

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Defendant has concurred in the filing of this document.

Dated: October 14, 2021

/s/ *Donald J. Magilligan*
DONALD J. MAGILLIGAN
*Attorneys for Plaintiffs*